THE STATE v. ROENISCH *et al.*

**Appeal**: INSUFFICIENT RECORD.   This being an equity case for trial *de novo*, and it appearing that the abstracts do not contain all the evidence, and that the translation of the short-hand reporter's notes were not filed in the court below within six months after the rendition of the judgment, no trial can be had in this court, and the judgment must be affirmed.

*Appeal   from   Allamakee   District   Court.*—HON. CHARLES T. GRANGER, Judge.

FILED, MAY 14, 1889.

THIS is an action in equity in the name of the state to enjoin and abate a nuisance which it is alleged the defendants maintained by the unlawful sale of intoxicating liquors. There was a hearing upon the merits, and a decree was entered against the defendan's, and they appeal.

*M. B. Hendrick*, for appellants.

*Stilwell & Stewart*, for appellee.

ROTHROCK, J.—The abstract of appellants does not purport to be an abstract of all the evidence in the case. Counsel for appellee filed an abstract in which some evidence is set out, but it is stated therein that the two abstracts, taken together, do not contain all the evidence offered or introduced on the trial. It also appears that the translation of the short-hand notes taken by the reporter at the trial was not filed in the court below within six months from the rendition of the decree. In this state of the record, the cause cannot be heard upon appeal in this court. *Merrill v. Bowe*, 69 Iowa, 653; *Arts v. Culbertson*, 73 Iowa, 13.

AFFIRMED.